UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JUDY D. SHEETS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:10-cv-02110 |
| RENAL RESEARCH INSTITUTE, LLC, a/k/a , Fresenius Medical Care, a/k/a Champaign-Urbana Dialysis Center, | ) ) ) ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judy Sheets and Defendant Renal Research Institute, LLC d/b/a Champaign-Urbana Dialysis Center, incorrectly identified as Renal Research Institute, LLC, a/k/a Fresenius Medical Care, a/k/a Champaign-Urbana Dialysis Center, hereby stipulate to the dismissal of this action, in its entirety, with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: December 28, 2011

Respectfully submitted,

| JUDY SHEETS | RENAL RESEARCH INSTITUTE, LLC |
|---|---|
| By: /s/ | By: /s/ |
| Judy Sheets' Attorney | One of its Attorneys |
| Ronald S. Langacker | Nadine C. Abrahams |
| Law Offices of Ronald Langacker | Stephanie E. Handler |
| 302 W. Hill Street | Jackson Lewis LLP |
| Suite 101 | 150 N. Michigan Ave., Suite 2500 |
| Champaign, Illinois 61820 | Chicago, IL 60601 |
| | (312) 787-4949 |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 29, 2011, she caused the foregoing **Stipulation of Dismissal** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: /s/ Stephanie E. Handler
Stephanie E. Handler